IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES COHRS, Independent Administrator of the Estate of LEROY COHRS, SR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-4793 |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER TO SETTLE WRONGFUL
DEATH ACTION, FOR FINDING OF DEPENDENCY,
AND APPROVAL ATTORNEY'S FEES AND DISBURSEMENTS**

This cause coming on to be heard on Motion of the Plaintiff/Petitioner, James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, by his attorneys, Muslin & Sandberg, through Craig M. Sandberg, for approval of the wrongful death action, for a finding of dependency, and approval of disbursements, and the Court being fully apprised in the premises,

**THE COURT FINDS:**

1. Defendant (United States of America) has offered $200,000.00 to settle the above-captioned matter of the wrongful death claim.

2. Petitioner, James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, has conferred with Craig M. Sandberg, his attorney, and all parties have concluded that it is in the best interests of the next-of-kin of Leroy Cohrs, Sr. to accept the settlement offer set forth above.

3. The Court finds the settlement offer as set forth above is fair and reasonable.

4. Steven B. Muslin, Ltd. d/b/a Muslin & Sandberg is entitled to attorneys' fees scheduled as follows:

| | | |
|---|---|---|
| 25% of the $200,000.00 recovered | | $50,000.00 |
| | Total Attorneys' Fees | $50,000.00 |

5. Muslin & Sandberg entitled to reimbursement of expenses in the amount of $15,071.20.

6. The next-of-kin of the decedent and their percentage of dependency is as follows:

James Cohrs                                       100%

7. That the net amount distributable to the next-of-kin from the total settlement amount of $39,732.30. The distribution to the next of kin would be as follows:

James Cohrs                               $134,928.80

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. The settlement amount as set forth in Paragraph 1 above is fair and reasonable;

B. That James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased is authorized and directed to execute such releases as are necessary to effectuate the settlement;

C. James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, shall make the following distributions upon receipt of the settlement funds:

    i. Muslin & Sandberg for attorneys' fees in the amount: $50,000.00
    ii. Muslin & Sandberg for reimbursement of
       expenses in the amount:                               $15,071.20

D. That the amount distributable to the next-of-kin of Leroy Cohrs, Sr., deceased, is $134,928.80.

  E. James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, is authorized to distribute the remainder of the settlement funds pursuant to the Court's finding of dependency, as follows:

  James Cohrs  100%  $134,928.80

  F. The settlement be approved; and the Independant Administrator shall distribute the proceeds in accordance with the provisions of the order.

  G. Vouchers evidencing attorney's expenses and disbursements of funds shall be filed with this court within sixty (60) days.

  H. This matter is dismissed with prejudice and without costs.

  I. The Court shall retain jurisdiction to enforce the terms of this settlement.

  Entered:

2/10/15              _____
                  JORGE L. ALONSO
                  United States District Court Judge