IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES COHRS, Independent Administrator of the Estate of LEROY COHRS, SR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-4793 |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**AGREED SUPPLEMENTAL PETITION FOR SETTLEMENT OF WRONGFUL DEATH ACTION, FOR A FINDING OF DEPENDANCY, AND APPROVAL OF ATTORNEY'S FEES AND DISBURSEMENTS**

**NOW COMES** the Plaintiff/Petitioner, James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, by his attorneys, Muslin & Sandberg, through Craig M. Sandberg, and requests that this Court enter an order in accordance with the provisions set forth in this Supplement to the Original Petition. In support thereof, the petitioner states as follows:

1. This lawsuit alleges that 90-year old Leroy Cohrs, Sr. was injured in the course of medical treatment he received at Edward Hines, Jr. VAMC Hospital ("Hines VA"), which resulted in his death on December 10, 2011. This is a suit against the United States of America under the Federal Tort Claims Act seeking monetary damages.

2. On February 5, 2015, the plaintiff filed his original Petition for Settlement of Wrongful Death Action, for a Finding of Dependency, and Approval of Attorney's Fees and Disbursements.[1] (DE 31)

---

[1] Citations made to the docket will be denoted as "DE ____."

3. On February 10, 2015, this Court entered its order approving the aforementioned petition. (DE 33 and 34)

4. After that order was entered, counsel for the plaintiff found costs missing from both the petition and the order that should be contained therein.

5. The cost that should be included in a revised "Order to Settle Wrongful Death Action, for Finding of Dependency, and Approval of Attorney's Fees and Disbursements" is as follows:

- Probate Court Filing Fee (to obtain probate estate) - $422.00

The revised total costs are, thus, $15,493.20.

6. That the (revised) amount distributable to the next-of-kin of Leroy Cohrs, Sr., deceased, is $134,506.80.

7. This petition is brought in good faith and not for purposes of delay.

8. On March 2, 2015, counsel for the plaintiff spoke with counsel for the defendant, AUSA David R. Lidow, who advised he has no objection to this motion and, thus, agrees to it.

**WHEREFORE**, the Plaintiff/Petitioner, James Cohrs, Independent Administrator of the Estate of Leroy Cohrs, Sr., deceased, prays that this Honorable Court enter an order in accordance with the provisions set forth in this Supplement to the Original Petition.

Respectfully submitted,

MUSLIN & SANDBERG

By: /s/Craig M. Sandberg
CRAIG M SANDBERG
19 S. LaSalle Street, Suite 700
Chicago, Illinois 60603
(312) 263-7249

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

1. **Agreed Supplement to the Petition for Settlement of Wrongful Death Action, for a Finding of Dependency, and Approval of Attorney's Fees and Disbursements.**

were served pursuant to the district court's ECF system as to ECF filers.

                    By:    /s/Craig M. Sandberg
                            CRAIG M SANDBERG
                            19 S. LaSalle Street, Suite 700
                            Chicago, Illinois 60603
                            (312) 263-7249